

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00722-CV

Jessica **RIVERA**, et al.,
Appellants

v.

**BALCONES LOFTS, LTD**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07525
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

DISMISSED

This is an appeal from a judgment in an eviction case. The trial court entered judgment for the appellee after the appellant failed to appear.

The appellant's brief was due on November 27, 2024. On February 26, 2025, the clerk of this court issued a notice informing the appellant that her brief had not been filed and directing the appellant to respond to the notice by March 10, 2025. When there was no response, this court issued an order in which we directed the appellant to file her brief along with a written response reasonably explaining her failure to timely file a brief and why the appellee was not significantly

injured by the appellant's failure to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1). We noted that, if the appellant failed to timely file a brief and a written response, we would dismiss the appeal for want of prosecution or for failure to comply with a court order or a requirement of the rules of appellate procedure. The response was due on April 28, 2025. Nevertheless, appellant has failed to respond.

Accordingly, we DISMISS this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM